

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| *Mary E. Crawley* | *615 Chestnut Street* |
| *Direct Dial (215) 861-8519* | *Suite 1250* |
| *Facsimile (215) 861-8618* | *Philadelphia, Pennsylvania 19106-4476* |
| *E-mail Address mary.crawley2@usdoj.gov* | *(215) 861-8200* |

August 13, 2018

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:   <u>United States v. Ahmad Becoate et al.</u>  18-291

Dear Clerk:

    Please unimpound the Indictment in regard to Ahmad Becoate and Jared Miller, two of the six defendants in the above-captioned case. The Indictment was filed on July 10, 2018.

                                          Very truly yours,

                                          WILLIAM M. McSWAIN
                                          United States Attorney

                                           MARY E. CRAWLEY
                                           Assistant United States Attorney