AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| AHMAD JAMAAL BECOATE | ) | Case No. 18-CR-291-1 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AHMAD JAMAAL BECOATE
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:371 - CONSPIRACY - 1 COUNT
18:1343 - WIRE FRAUD - 3 COUNTS
18:513(a) - UTTERING COUNTERFEIT SECURITIES - 1 COUNT
18:1028A - AGGRAVATED IDENTITY THEFT - 1 COUNT
42:408(a)(7)(B) - MISUSE OF A SOCIAL SECURITY NUMBER - 1 COUNT
18:2 - AIDING AND ABETTING

Date: 07/10/2018

Eric Sobieski, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

Kate Barkman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7-10-18, and the person was arrested on *(date)* 9-28-18
at *(city and state)* PA

Date: 9-28-18

4555
*Arresting officer's signature*

*Printed name and title*